# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| RANDALL N. HARVEY,<br><br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>    Defendant. | 2:22-cv-68 |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 11. Plaintiff did not file Objections to the Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS as unopposed** Defendant's Motion to Dismiss, and **DISMISSES without prejudice** Plaintiff's Complaint based on his failure to follow this Court's Order and failure to prosecute. The Court also **AFFIRMS** the Commissioner's decision and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment.

**SO ORDERED**, this 2 day of October, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA